DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD PEERENBOOM,**
Appellant,

v.

**ROY BLACK, ISAAC PERLMUTTER,**
**LAURA PERLMUTTER,** and **BLACK SREBNICK, P.A.** f/k/a **BLACK,**
**SREBNICK, KORNSPAN & STUMPF, P.A.,**
Appellees.

No. 4D21-3070

[June 8, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case Nos. 50-2018-CA-008378-XXXX-MB, 50-2013-CA-015257-XXXX-MB, 50-2014-CA-006931-XXXX-MB, and 50-2015-CA-001012-XXXX-MB.

Manuel Kushner of the Manuel Kushner Law Firm, Palm Beach, for appellant.

Rodney Janis and David Majcak of Goldberg Segalla, LLP, West Palm Beach, for appellees Roy Black and Black Srebnick, P.A.

Paul Morris of the Law Offices of Paul Morris, Miami, Roy Black and Jared Lopez of Black Srebnick, P.A., Miami, and Joshua E. Dubin, Miami, for appellees Isaac and Laura Perlmutter.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***